

163-07/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NYK STOLT SHIPHOLDING INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NYK STOLT SHIPHOLDING INC.,

            Plaintiff,

  -against-

SHENLONG MARITIME PTE. LTD.,

            Defendant.
-----------------------------------------------------------------x

07 CIV 2930

**RULE 7.1 STATEMENT**

JUDGE CEDARBAUM

NYK STOLT SHIPHOLDING INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a subsidiary of Stolt-Nielsen S.A., a publicly held corporation traded in the United States and of NYK Lines, a publicly held corporation not traded in the United States.

Dated: New York, New York
       April 12, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              NYK STOLT SHIPHOLDING INC.

                          By: _____
                              Don P. Murnane, Jr. (DM 3639)
                              Lawrence J. Kahn (LK 5215)

NYDOCS1/280828.1