163-07/DPM

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NYK STOLT SHIPHOLDING INC.
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NYK STOLT SHIPHOLDING INC.

                Plaintiff,

-against-

SHENLONG MARITIME PTE. LTD.,

                Defendant.
-----------------------------------------------------------x

07 CIV 2930 (MGC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)**

Plaintiff NYK STOLT SHIPHOLDING INC., through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(i), hereby serves its notice of voluntary dismissal of this matter without prejudice and without costs. Plaintiff avers, through undersigned counsel, that Defendant SHENLONG MARITIME PTE LTD. has not filed an answer or filed a motion for summary judgment in this action.

Dated: New York, New York
       April 17, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff

                By: _____
                            Don P. Murnane, Jr., (DM 3639)

**SO ORDERED:** _____
                   The Hon. Miriam G. Cedarbaum, U.S.D.J.

                   April 24, 2007

NYDOCS1/281617.1