**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THOMAS M FLOHR,

                        Plaintiff,                     07 **CIVIL** 2930(RWS)

               -against-                    **JUDGMENT**

INTERNATIONAL BUSINESS ASSOCIATES LTD.,
        1ST DEFENDANT

INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS
CO., LTD.,
        2ND DEFENDANTS

HARKEN ENERGY CORP.,
        3RD Defendant.
-------------------------------------------------------------X

    Defendants having moved to dismiss, and the matter having come before the Honorable Robert W Sweet, United States District Judge, and the Court, on Jun.13, 2007, having rendered its Order granting defendants' motion to dismiss and dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Jun 13, 2007, defendants' motions to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       Jun 22, 2007

                                                 **Clerk of Court**
                            **BY:**

                                                  **Deputy Clerk**